# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| **ANTHONY CALLIES and DOROTHY CALLIES,** | ) <br> ) <br> ) |
| *Plaintiffs,* | ) <br> ) |
| v. | ) Case No. 1:18-cv-01307-JES-JEH <br> ) |
| **ADVOCATE HEALTH AND HOSPITALS CORPORATION, d/b/a Advocate BroMenn Medical Center** | ) Hon. James E. Shadid <br> ) <br> ) Hon. Jonathan E. Hawley <br> ) |
| *Defendant.* | ) <br> ) |

## JOINT MOTION TO DISMISS

The parties to this action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1), move to dismiss this case with prejudice in their entirety, with each party incurring its/their own attorneys' fees and costs, all matters in controversy being settled.

Respectfully submitted,

By: /s/ *Jennifer M. Sender*
Jennifer M. Sender
Andrés J. Gallegos
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
(312) 782-9000 - Telephone
(312) 782-6690 - Facsimile
jsender@rsplaw.com
agallegos@rsplaw.com
*Attorneys for Plaintiffs*

By: /s/ *Anne M. Brochmann*
Anne M. Brochmann
L & G Law Group
175 West Jackson Boulevard, Suite 950
Chicago, Illinois 60604
(312) 628-7856 - Direct
(312) 364-1003 – Facsimile
abrochmann@lgcounsel.com
*Attorney for Defendant*

3257455 (13484.1)

# CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on October 1, 2020, she caused to be served a true and correct copy of the ***Joint Motion to Dismiss*** by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification to Defendant's counsel at the email noted below and to all parties who have registered to receive notices electronically:

>Anne M. Brochmann
>L & G Law Group
>175 West Jackson Boulevard, Suite 950
>Chicago, Illinois 60604
>(312) 628-7856 - Direct
>(312) 364-1003 – Facsimile
>abrochmann@lgcounsel.com
>*Attorney for Defendant*

By: /s/ Jennifer M. Sender
Attorney for Plaintiffs